RICHARD DAVID ANSTOCK, ET AL. v. BUSS TRANSMISSION SERVICE, INC., ET AL.

November 15, 1988.

Petition for certification denied.

GERALD SINGER AND KENNETH WAGNER v. YOSEMITE LAKES CAMPER PARK, INC., ET AL.

November 15, 1988.

Petition for certification denied.

SOMERS ASSOCIATES, INC., ETC., ET AL. v. GLOUCESTER TOWN-SHIP RENT STABILIZATION BOARD, ET AL.

November 15, 1988.

Petition for certification denied.